**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **KEVIN D. PAIR,**<br>    *Plaintiff,*<br>vs.<br>**GOODYEAR TIRE & RUBBER,**<br>    *Defendant.* | Case No.:  **CIV-15-977-F** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Kevin D. Pair, hereby stipulates with Defendant, The Goodyear Tire & Rubber Co., that this action shall be dismissed with prejudice. Each party is to bear its own costs and attorney fees.

Respectfully submitted,

*s/ Jon J. Gores*
_____
Robert J. Wagner, OBA 16902
Jon J. Gores, OBA #31068
WAGNER & WAGNER, P.C.
4401 N. Classen Blvd., Suite 100
Oklahoma City, OK 73118-5038
(405) 521-9499, (Fax) 521-8994
rjw@wagnerfirm.com
jjg@wagnerfirm.com
Attorneys for Plaintiff


*s/ Elizabeth Bowersox*
_____
Tony G. Puckett, OBA #13336
Elizabeth Bowersox, OBA #30494
McAfee & Taft, A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102-7103
(405) 235-9621, (Fax) 235-0439
tony.puckett@mcafeetaft.com
elizabeth.bowersox@mcafeetaft.com
Attorneys for Defendant